FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TINA JOHNSON, individually and in their marital community, and JOHN JOHNSON, individually and in their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>ORCHARD CREST LLC, a Washington corporation,<br><br>Defendant. | No. 2:19-cv-00081-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 1, 2020, the parties filed a stipulated dismissal, ECF No. 17. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulation and [Proposed] Order for Dismissal with Prejudice, **ECF No. 17**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE - 1

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 3rd day of April 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE - 2